## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BUCKHEAD CITY COMMITTEE,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **FILE NO. 1:22-CV-234-LMM** |
| **CITY OF ATLANTA, GEORGIA, and its MAYOR ANDRE DICKENS,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel hereby gives notice of the appearance of Matthew R. Sellers and E. Allen Page as additional counsel of record for Defendants City of Atlanta, Georgia and its Mayor Andre Dickens in the above-styled case. The undersigned requests notice of all hearings and other proceedings in the above-styled matter and service of all orders, pleadings, and other papers also be served upon Matthew R. Sellers and E. Allen Page.

Respectfully submitted this 13th day of April, 2022.

*/s/ Robert L. Ashe III*
Robert L. Ashe III
Georgia Bar No. 208077
ashe@bmelaw.com
Matthew R. Sellers
Georgia Bar No. 691202
sellers@bmelaw.com

E. Allen Page
Georgia Bar No. 640163
page@bmelaw.com
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street, NW
Atlanta, GA  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2022, I served a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** by filing it with the Court's electronic filing system, which will serve a copy on all counsel of record.

*/s/ Robert L. Ashe III*
Robert L. Ashe III
Georgia Bar No. 208077