EXHIBIT C

# CITY OF ATLANTA



# OFFICE OF MUNICIPAL CLERK

**STATE OF GEORGIA**

**COUNTY OF FULTON**

}

**CITY OF ATLANTA**

I, **Vanessa Waldon**, do hereby certify that I am the duly appointed **Deputy Municipal Clerk** of the City of Atlanta, Georgia, and as such am in charge of keeping the Minutes of the City Council of the said City of Atlanta. I further certify that the attached is a true and correct copy of Atlanta, Georgia Code **Chapter 28. General and Supplementary Regulations: Section 16-28.014. Off-Street Parking Requirements, General Provisions.** as taken from the 1995 Code of Ordinances of the City of Atlanta, Georgia, **ADOPTED by Council December 5, 1995 and APPROVED by the Mayor December 11, 1995, as amended, from time to time.**

---

all as the same appears from the original, which is of record and on file in my said office. GIVEN under my hand and seal of office this **28th** day of **March, 2022.**

*A. Vanessa Waldon*
**Deputy Municipal Clerk**

A. Vanessa Waldon
Deputy Municipal Clerk

Certification completed by tcp

**Sec. 16-28.014. Off-street parking requirements, general provisions. (See also section 16-28.013, section 16-28.008(7).)**

The following requirements, limitations and standards shall apply to off-street parking.

(1) *Specifications for off-street parking space:* For purposes of these regulations, an off-street parking space shall consist of a space adequate for parking an automobile of standard dimensions, with room for opening doors and entering or leaving on both sides and with safe and convenient access to public street or alley. Except in the case of single-family or two-family detached or semidetached residences, such space shall be provided with maneuvering room sufficient for convenient parking or unparking without maneuvering on any public street, alley or sidewalk. Spaces shall be so arranged that any automobile may be moved without moving another.

For computation purposes, an off-street parking space in itself may be considered to consist of 180 square feet; the space plus its related access and maneuvering room may be considered to require a total of 300 square feet; but off-street parking requirements shall be considered to be met only where actual spaces meet the performance standards set forth herein.

Required off-street parking areas for four or more automobiles shall have individual spaces marked. All off-street parking spaces and related access shall be graded, paved, improved and maintained in a manner permitting safe and convenient use under normal weather conditions, and so as to avoid adverse effects on public streets or neighboring property as a result of dust, erosion or drainage. Grading, design, subsurface preparation, paving and drainage shall be in accordance with standards established by the department of transportation.

Where off-street parking is required for 10 or more automobiles, 25 percent of the number of spaces provided may be designed for use by compact automobiles, but such space shall be reserved for use by such automobiles.

Within flood hazard districts, the director, bureau of buildings may allow such parking and access ways to be improved with gravel or other material which will, through its permeability, aid in reducing the danger of flooding.

(2) *Reduction in parking requirements for housing for the elderly*: Reduction of generally applicable off-street parking requirements shall be allowed in all zoning districts, subject to the following requirements and limitations:

(a) The minimum off-site parking requirement shall be reduced to 0.5 space per dwelling unit when the otherwise applicable off-street parking ratio exceeds 0.5 space per dwelling unit.

(b) No such reduction shall be permitted except where it is assured that housing will be used by families with head of the household 62 years of age or older (provided

      that not more than ten percent of the number of persons housed may be employees on the premises, without regard to age).

  (c)  The premises shall not be used other than as housing for the elderly, subject to the exceptions and limitations set forth in (b) above, unless and until any parking requirements applying to the new use have been met. Housing for the elderly is not to be construed as including establishments which are primarily convalescent and nursing home.

(3)  *Buffering parking areas where adjoining property is residential:* Where parking areas for four (4) or more automobiles are located adjacent to any lot upon which a dwelling exists as a conforming use, without an intervening street, and where such parking areas are not screened visually from first floor residential windows at such locations, there shall be provided on the lot with the parking a continuous buffer screening such parking area from such view, with a height of six (6) feet. The buffer shall be fence or wall or equivalent vegetative screening, maintained in a sightly condition.

(4)  *Limitations on parking or loading areas in yards adjacent to streets in R, O-I and PD-H districts:* Except as otherwise specifically provided in R, O-I and PD-H districts, no off-street parking areas for four (4) or more automobiles, and no loading space, shall be permitted in any required yard adjacent to a street; and no maneuvering areas serving such spaces shall be so located.

(5)  *Other limitations on use of off-street parking and loading areas:* No required unenclosed off-street parking and loading area shall be used for the sale, repair, dismantling or servicing of any vehicles, equipment, materials or supplies; and no other area on a lot shall be used for such purposes. Notwithstanding the foregoing prohibition, the servicing of equipment required for EVSE or electric vehicle charging stations is permitted.

(6)  *Bicycle parking requirements.*

  (a)  Bicycle parking shall be provided for each building as specified in the following "Table of Bicycle Parking Requirements." Bicycle parking requirement shall be calculated based on gross floor area and shall be calculated separately for separate buildings.

Table of Bicycle Parking Requirements

|  | Fixed Bicycle Rack Parking Spaces | Enclosed Bicycle Parking Spaces | Maximum Combined Requirement |
|---|---|---|---|
| *Residential Uses* | | | |
| Multifamily (less than 10 units) | 1 per 5 units, 2 min. | n/a | No more than 50 spaces required |
| Multifamily (10 or more units) | 1 per 10 units, 2 min. | 1 per 10 units, 2 min. | No more than 50 spaces required |

| *Non-residential uses* | | | |
| --- | --- | --- | --- |
| Offices | 1 per 8,000 sf, 2 min. | 1 per 8,000 sf, 2 min. | No more than 50 spaces required |
| All other non-residential uses | 1 per 4,000 sf, 2 min. | n/a | No more than 50 spaces required |

(b) Fixed bicycle racks parking spaces shall conform to the following minimum standards:

   i. Shall not be located inside a building, but may be covered.

   ii. Shall be publicly accessible and provided with lighting at all hours.

   iii. Shall be spaced to provide clear and maneuverable access to a public street or multi-use trail without the use of stairs.

   iv. Shall be located on-site or in the adjacent public right-of-way.

   v. Shall include a metal anchor sufficient to secure the bicycle frame when used in conjunction with a user-supplied lock.

   vi. When located on-site, shall be located at least as close as the closest automobile space serving the building, except for handicapped parking spaces.

   vii. When located in the public right-of way, shall not impede pedestrian use of the sidewalk and shall only be located within a street furniture and tree planting zone a maximum distance of 100 feet of the building entrance the rack is intended to serve.

   viii. When located in the public right-of-way, shall be of a type specified by the Office of Zoning and Development in coordination with the Department of Public Works.

   ix. When two bikes can be locked on both sides without conflict, each side can be counted as one required space.

(c) Enclosed bicycle parking spaces shall conform to the following minimum standards:

   i. Shall provide enclosed bicycle storage in lockers, a room within a building, or within a parking structure.

   ii. Shall be accessible to all building occupants and to public entrances and walkways, secure, weather resistant, and provided with lighting at all hours.

   iii. Shall provide clear and maneuverable access to a public street or multi-use trail without the use of stairs or elevators.

- (d) Buildings containing over 50,000 gross square feet of office space shall provide showering facilities, which shall include showers and lockers, in a ratio of at least two showering facilities for every 50,000 gross square feet of office space in excess of 50,000 square feet. Said facilities shall be available to all office tenants and their employees, provided that the number of shower facilities shall not be required to exceed four.

- (e) The board of zoning adjustment is hereby empowered to waive or reduce the bicycle parking requirements in any of the districts whenever the character or use of the building is such as to make unnecessary the full provision of bicycle parking facilities or where such regulations would impose an unreasonable hardship upon the use of the lot.

(7) *Taxicab stands:* All hotels and motels shall provide off-street, on-site taxicab stands with a minimum of one (1) space for each 100 guest rooms or portion thereof in the hotel or motel, up to a maximum of six (6) taxicab stand spaces.

(8) *Restrictions on towing vehicles from off-street parking areas during nonbusiness hours:* A person entitled to the possession of an off-street parking area or vacant lot within an area of the city designated C-1, C-2, C-3, C-4 or C-5 shall have the right to remove the vehicle parked thereon after the regular activity on such property is concluded for the day only if access to such property from the public way is blocked by a sturdy chain, cable or rope stretched at least 18 inches above grade across all driveways or other ways providing access to the off-street parking area or vacant lot and there is conspicuously posted in the area a notice approved by the licensing and permit section of the department of police that any vehicle parked thereon which is not authorized to be parked in such area may be removed at the expense of the owner, along with information as to where the vehicle may be recovered, the cost of recovery, and information regarding the form of payment as provided by section 162-233.

(9) The director, bureau of buildings, upon application by a property owner or lessee, may reduce the required number of off-street parking spaces by a total of no more than 10 percent of the number of off-street parking spaces required by the district regulations for the entire parcel in all nonresidential zoning districts, excluding landmark or historic districts and planned development districts, when the city arborist certified that the reduction is necessary to save mature trees with a caliper diameter of eight (8) inches or more. Any reduction in the required number of off-street parking spaces granted under the provisions of this section shall be subject to the stipulation that should the subject tree(s) die they shall be replaced at the applicant's expense in accordance with a tree replacement program prepared by the city arborist. The applicant shall be required to notify the city arborist of the death of the tree(s) within 30 days. The director, bureau of buildings shall not grant such a reduction in the required number of parking spaces for any property which fails to provide the required number of off-street parking spaces as a result of having status as a nonconforming use, or as the result of a

previously granted variance or special exception for the property by the board of zoning adjustment.

(10) In each case, when the director, bureau of buildings grants a reduction the required number of parking spaces as authorized in subsection (9), the director shall grant his approval in writing, in a form which he shall establish, and shall provide copies of such written approval to the applicant, the city arborist, the director, bureau of planning, and the chair of the NPU in which the property is located.

(11) *Incentive for electric vehicles charging stations and parking.* Where off-street parking is required to be provided or where the off-street parking requirement is being met by parking on a private street, each electric vehicle charging station, as defined in Section 16-29.001, shall be counted as a parking space and shall reduce the required parking by one additional parking space; provided however that a total of no more than ten percent of the number of off-street parking spaces required by the district regulations for the entire parcel shall be allowed to be reduced by the use of this incentive. Where at least two electric vehicle charging stations are provided, the ten percent reduction incentive may be accomplished by providing electric vehicle only parking spaces provided however that the number of electric vehicle only parking spaces to be counted for the incentive shall always be correlated to the number of electric vehicle charging stations. In no case shall the use of this incentive reduce the requirement to provide at least one off-street parking for each single-family dwelling unit, duplex, triplex or quadraplex.

(a) The provisions of this section shall apply to any required parking and may be used to reduce the degree of nonconformity of parcels with nonconforming parking.

(b) Electric vehicle parking spaces shall be reserved for the exclusive parking of an electric vehicle.

(c) Electric vehicle charging stations shall be reserved exclusively for the charging and parking of a vehicle that is connected to the EVSE for electric charging purposes.

(d) When an electric vehicle charging station is removed or becomes inoperable for more than fourteen consecutive days, the parking reduction granted by this section shall no longer remain in effect and the required parking shall be provided.

(e) The incentive provided by this section shall be granted by special administrative permit.

   (i) As a part of the application, the site plan for the parking spaces where the electric vehicle charging station or electric vehicle parking is to be located shall be provided.

   (ii) The special administrative permit shall at all times be conditioned on the electric vehicle charging station or electric vehicle parking meeting the design

        standards and other criteria for electric vehicle parking and charging facilities set forth in this part.

    (iii)  Failure to maintain the conditions of the special administrative permit shall be cause to revoke the incentive and require the installation of the parking required by the district regulations.

(12) *Reduction in parking requirements for on-street parking:* A reduction of the generally applicable minimum off-street parking requirements shall be allowed in all zoning districts as follows:

  (a)  Where on-street parking spaces exist in a public right-of-way, one on-street parking space may be substituted for every required off-street parking space, provided the on-street space immediately abuts the subject property.

  (b)  Each on-street parking space shall only be counted for one property. Where a space straddles a property line (as projected into the right-of-way), the space shall only be counted by the owner whose property abuts 50 percent or more of the on-street parking space.

  (c)  The director of public works may determine that to ensure future roadway capacity, the on-street parking reduction may not be available.

  (d)  On-street parking in a public right-of-way shall not count towards any applicable parking maximums.

(13) *Reduced parking requirements for buildings built before 1965:* A reduction of the generally applicable minimum off-street parking requirements shall be allowed in all zoning districts for buildings and portions thereof built prior to 1965, as follows:

  (a)  *Residential uses:* No parking is required.

  (b)  *Non-residential uses:* No parking is required, provided that this provision shall not apply to any business establishment larger than 1,200 square feet in floor area that holds any type of alcoholic beverage license.

(14) *High capacity transit parking requirements:* The following requirements apply to all uses located on lots within 2,640 feet of a high capacity transit stop, except within the Buckhead Parking Overlay, all special public interest districts, or any historic or landmark district with parking maximums.

  (a)  Minimum parking: No parking is required.

  (b)  Maximum parking established: No development, unless granted a special exception by the board of zoning adjustment for public parking, shall have parking in excess of the amounts specified below.

  (c)  Maximum parking for residential uses, except in R-1 through R-5, where no maximum shall apply:

- (i) 1.25 spaces per one-bedroom unit.
- (ii) 2.00 spaces per two- or greater bedroom unit.

(d) Maximum parking for non-residential uses when parking is otherwise required: The greater of the following:

- (i) Ten spaces greater than the minimum parking otherwise required; or
- (ii) Twenty-five percent greater than the minimum parking required otherwise required.

(e) Maximum parking for non-residential uses when parking is not otherwise required:

- (i) Hotels and motels: One space per lodging unit.
- (ii) Eating and drinking establishments: eight spaces per 1,000 square feet of floor area. No parking may be provided for accessory outdoor dining.
- (iii) Nursing homes, convalescent homes, and similar care facilities: 1.25 spaces per four beds.
- (iv) Retail establishments, including catering, delicatessens, and bakeries: 2.5 per 1,000 square feet of floor area.
- (v) Schools, colleges, places of worship, recreational of community centers, and other places of assembly: 1.25 spaces per four fixed seats with 18 inches of bench length counted as one seat, or 1.25 spaces per 35 square feet of enclosed floor area for the accommodation of moveable seats in the largest assembly room, whichever is greater, plus the following:
    - (a) Public or private elementary or middle school: 2.5 spaces per classroom.
    - (b) High school: five spaces per classroom.
    - (c) Colleges and universities: 10 spaces per classroom.
- (vi) All other uses: three spaces per 1,000 square feet of floor area.

(f) The parking maximums of paragraphs "c" through "e" immediately above shall not include newly-created on-street parking along a public street or private street built to public standards.

(g) When an applicable overlay or zoning district imposes a parking maximum that is more restrictive than the maximums in paragraphs "c" through "e" above, the more restrictive maximums shall apply.

(h) The distance above shall be measured along a public or private sidewalk, walkway, or street from the transit station lot line, edge of stop platform, or edge of other boarding area, whichever is greatest, to the closest point of the lot. When any

    portion of a lot is within the applicable distance, the entire lot shall be subject to this requirement.

    (i) High capacity transit used to satisfy this requirement shall be operational or under construction.

(Code 1977, § 16-28.014; Ord. No. 2014-53(14-O-1278), § 3(Attach. C), 12-10-14 ; Ord. No. 2018-11(18-O-1023), § 4.A, 5-16-18 ; Ord. No. 2019-09(18-O-1581), §§ 7.I—7.K, 7.N, 1-31-19 ; Ord. No. 2020-33(20-O-1381) , § 49, 6-23-20)