UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BUCKHEAD CITY COMMITTEE<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ATLANTA, GEORGIA<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:22-CV-234-SEG |

## **O R D E R**

On October 21, 2022, the Court granted in part and denied in part Defendant City of Atlanta's motion to dismiss.  (Doc. 20.)  Defendant's answer is due within 14 days of the entry of the Court's order on Defendant's motion to dismiss.  Fed. R. Civ. P. 12(a)(4)(A).  The parties shall participate in a Rule 26(f) conference in accordance with Local Rule 16.1 and file an amended joint preliminary report and discovery plan in accordance with Local Rule 16.2.[1]

**SO ORDERED** this 24th day of October, 2022.

SARAH E. GERAGHTY
United States District Judge

---

[1] The parties originally filed a joint preliminary report and discovery plan on April 13, 2022 (Doc. 11), but this filing did not provide for a discovery period.